# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Matthew Scheinder v. Does 1-10, et al

Case Number: 1:25-cv-15278

An appearance is hereby filed by the undersigned as attorney for:
Doe #10

Attorney name (type or print): Haley K. Finch

Firm: Stinson LLP

Street address: 120 North 3rd Street, Suite 225

City/State/Zip: Bismarck, North Dakota 58501

Bar ID Number: 09627
(See item 3 in instructions)

Telephone Number: 701-221-8613

Email Address: haley.finch@stinson.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 21, 2026

Attorney signature: /s/ Haley K. Finch
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023