IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW SCHNEIDER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number: 1:25-cv-15278 |
| DOES 1-10, | ) | Hon. Andrea R. Wood |
| Defendants. | ) | |

DECLARATION OF SOLMUND MACPHERSON

I, Solmund MacPherson, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Solmund MacPherson. I am over the age of 18, of sound mind, have never been convicted of a felony or a crime of moral turpitude, and am capable of making this Declaration.

2. I am citizen of Canada.

3. I am employed in the entertainment industry. A list of my credits can be accessed on the IMDb database. A list of my current IMDb credits is attached as Exhibit A.

4. I am personally acquainted with an individual by the name of Matthew Andreas Schneider. Mr. Schneider and I attended high school together in Winnipeg, Manitoba Canada.

5. While in high school, Mr. Schneider and I created three works together – a TV series short entitled "Split: A Film Anthology"; a short entitled "Do Us Part"; and a music short entitled "Orlando Gloom – Always the Same." All of these works were created in 2017.

6. I am the writer, executive producer, and producer of "Split: A Film Anthology." (Ex. A)

7. I am the writer, director, and producer of "Do Us Part." (Ex. A)

8. I am the director and producer of "Orlando Gloom – Always the Same." (Ex. A)

9. I have reviewed a recent image of Mr. Schneider's IMDb credits and his page accurately reflects the three works we worked on together. (Ex. B)

10. Mr. Schneider received producer and actor credits on "Do Us Part." (Ex. B)

11. Mr. Schneider received producer and line producer credits on "Split: A Film Anthology." (Ex. B)

12. Mr. Schneider received a producer credit on "Orlando Gloom – Always the Same." (Ex. B)

13. Dirtbag Films has an Instagram account. On Octoberr 31, 2017, a post was published on the Dirtbag Films account acknowledging that Mr. Schneider was leaving Dirtbag to study and pursue work in the environmental sector. (Ex. C)

14. The photo visible on Exhibit C is a photo of Mr. Schneider.

15. I have reviewed Exhibit F to the Declaration of Erin K. Russell. I recognize the photo appearing on Exhibit F to be a photo of Mr. Schneider. I also recognize the Instagram account appearing on Exhibit F to the Russell Declaration to be the Instagram account used by Mr. Schneider during our friendship. We tagged photos of Mr. Schneider that appeared on the Dirtbag Films Instagram account to the personal Instagram account appearing on Exhibit F to the Russell Declaration.

16. On August 10, 2026, I was contacted via email by Attorney Erin K. Russell. She inquired as to whether I could access a copy of the short film "Do Us Part" in which Mr. Schneider appeared on screen in a speaking role. At the time, I was not sure if I could locate a copy.

17. I spoke with Ms. Russell via telephone on August 10, 2026. I provided her with the email address I used to communicate with Mr. Schneider when we were in high school and creating short films together. That email address is not matthew.schneider94@gmail.com. I have never known Mr. Schneider to use that email address.

18. Ms. Russell contacted me again on August 19, 2026 and inquired as to whether I could search further to find a copy of "Do Us Part." I was able to locate a copy and

provided it to Ms. Russell on that date. I have viewed that short and can confirm that the person I know as Matthew Schneider the actor and producer, appears on screen in a speaking role. His physical appearance and voice in the short are accurate representations based on my personal experience with Mr. Schneider.

19. I have never sold, assigned, or transferred my intellectual property rights in any of the works listed in paragraph 5 of this Declaration. I remain the owner of all of my rights in these works.

I declare under penalty of perjury pursuant to 28 US § 1746 and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. If called to testify, I would testify consistent with the foregoing.

Executed August 20, 2026 in Ontario, Canada.

Solmund MacPherson

IMDbPro | Search and discover | Customize your search › | You

Home | People | Titles | Companies | Box Office | News | Learn



# Solmund MacPherson

Director · Writer · Art Department

Track | Add to list | Share | View on IMDb | Edit page

STARmeter 521.8K

Discover more people
Director

Add your notes

OVERVIEW | CREDITS | CONTACTS | CLIENTS | ABOUT | IMAGES | VIDEOS | CONNECTIONS | NEWS

Jump to

## Credits

Edit

Credits • 11 | Type | Genres

Collapse all

### Upcoming · 1

**Knots**
Editor
Completed | Short

### Previous · 28

**Year of the Dragon**
Short | Short • Drama
property master
2025

**Everything's Going to Be Great**
Movie | Comedy • Drama • Music
property master
2025

**Time Cut**
Movie | Horror • Mystery • Sci-Fi
assistant property master
2024

**Wildmen of the Greater Toronto Area**
Short | Short • Drama
Director · Writer · Editor ...
2023

**All Fun and Games**
Movie | Horror • Thriller
property master
2023
WW gross $1.5M

**SkyMed**
TV Series | Drama
property master
9 eps
S1.E9 (Jul 10, 2022) · property master
S1.E8 (Jul 10, 2022) · property master
2022

**Wolf in Dude's Clothing**
Short | Short
Director · Writer · Editor ...
2021

**Hunter Hunter**
Movie | Drama • Horror • Mystery
property master
2020
US & CA $32.7K · WW gross $32.7K

**The Corruption of Divine Providence**
Movie | Drama
third assistant director
2020

**The Grudge**
Movie | Fantasy • Horror
props crew
2019
US & CA $21.2M · WW gross $49.5M

**The Christmas Club**
TV Movie | Comedy • Drama • Family
assistant property master
2019

**Always and Forever Christmas**
TV Movie | Comedy • Drama • Family
property master
2019

**Patterns**
Short | Short • Action • Sci-Fi
Production Designer
2019

**A Short Documentary About People Fighting**
Short | Documentary • Short • Comedy
Director · Editor · producer
2019

**Did it Again**
Short | Short • Music
Director
2019

**Please Bring Me To Safety**
Short | Short • Music
Director · Editor
2019

**The Parts You Lose**
Movie | Crime • Drama • Thriller
set production assistant
2019

**After the Rain**
Short | Short • Horror
Production Designer · Costume Designer
2018

**Millworth**
TV Series | Comedy • Drama
Director
4 eps
S3.E2 (Oct 1, 2017) · Director
S3.E1 (Oct 1, 2017) · Director
2016–2017

**Orlando Gloom - Always the Same**
Short | Short • Music
Director · producer
2017

**The Debut**
Short | Short • Drama
Writer · producer
2017

## Contacts

Edit

DIRECT CONTACT

Solmund MacPherson

sol@solmund.com

## Frequently credited with

BJ Verot
Stunts · Director · Producer



Drew Scurfield
Location Management · Production Manager · Producer

Ben Boxall
Art Department · Location Management · Additional Crew

Stephanie Sy
Actress · Director



**Do Us Part**
Short | Short
Director · Writer · Cinematographer
2017

**Split: A Film Anthology**
TV Series | Short
written by · executive producer · producer ...
4 eps
S1.E4 (Mar 7, 2017) · written by, executive producer, producer
S1.E3 (Feb 28, 2017) · written by, executive producer, producer
2017

**Omands & Dragons**
Short | Short • Adventure
Blake · Writer
2015

**The Jump**
Short | Short • Comedy • Drama
Writer
2013



**Beethoven's Christmas Adventure**
Video | Comedy • Family • Fantasy
Little Kid (as Salty MacPherson)
2011



**The Capture of the Green River Killer**
TV Mini Series | Biography • Crime • Drama
Boy
1 ep
S1.E1 (May 30, 2008) · Boy
2008



**Category 7: The End of the World**
TV Mini Series | Action • Adventure • Drama
Bobby
2 eps
S1.E2 (Nov 13, 2005) · Bobby
S1.E1 (Nov 6, 2005) · Bobby
2005

Close

## Additional credits

Information in this section is self-verified

**Theater** · 2

**Candy From a Baby**
Theater · Lead
Arne MacPherson, Debbie Patterson

**Molotov Circus**
Theater · Lead
Arne MacPherson, Debbie Patterson

## Update credits

Missing credits? Contribute to update this page.

Add credits

IMDbPro

IMDbPro is a proud sponsor of ReFrame

MAIN MENU
Home
Your page
News
People
Titles
Companies

YOUR TOOLS
Pages you track
Your lists

YOUR ACCOUNT
Account settings
Cancel
Language

IMDbPro
Copyright 2026
Your ads privacy choices
Contact us
Help

# Matt Schneider (XIII)

Producer · Actor

Track | Add to list | Share | View on IMDb | Edit page

Add your notes

STARmeter
898.7K

Discover more people
Producer

OVERVIEW | CREDITS | CONTACTS | CLIENTS | ABOUT | IMAGES | VIDEOS | CONNECTIONS | NEWS

Jump to

## Credits

Edit

Credits • 2 | Type | Genres

Collapse all

**Previous · 3**

| | | |
|---|---|---|
| **Orlando Gloom - Always the Same**<br>Short \| Short • Music<br>producer | 2017 | |
| **Do Us Part**<br>Short \| Short<br>Mark Rondeau · producer | 2017 | |
| **Split: A Film Anthology**<br>TV Series \| Short<br>line producer · producer<br>4 eps<br>S1.E4 (Mar 7, 2017) · line producer, producer<br>S1.E3 (Feb 28, 2017) · line producer, producer | 2017 | |

## Update credits

Missing credits? Contribute to update this page.

Add credits

## Contacts

Edit

It looks like we don't have any representation details for this person yet.

Add representation

## Frequently credited with

Solmund MacPherson
Director · Writer · Art Department



Birnie McIntosh
Actor

Ben Boxall
Art Department · Location Management · Additional Crew

Jesse de Rocquigny
Camera and Electrical Department · Cinematographer · Additional Crew



Captured by FireShot Pro: 19 August 2026, 22:43:59
https://getfireshot.com

Page 1
Instagram
https://www.instagram.com/p/Ba73vyVBXfM/?img_index=1




dirtbag.films • Follow

dirtbag.films We've been feeling pretty bittersweet at Dirtbag Films lately and thought we'd share an update. The good news: Always the Same, a music video Solmund directed for Orlando Gloom, took home Best Music Video from the UWpg Film Fest, where Encore, which Allegra produced for @cassidymann also screened.
It's also been a time of change, however: we're saying farewell to Matt Schneider as he steps back from producing to study and pursue work in the environmental sector. All the best - we'll sure miss working with you, buddy.
456w

81 likes
October 31, 2017

Add a comment... Post