IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:25-cv-15278 |
| | ) | |
| DOES 1-10, | ) | Hon. Andrea R. Wood |
| | ) | |
| Defendants. | ) | |

DECLARATION OF ERIN K. RUSSELL

I, Erin K. Russell, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Erin K. Russell. I am over the age of 18, of sound mind, have never been convicted of a felony or a crime of moral turpitude, and am capable of making this Declaration.

2. I am an attorney admitted to practice in the State of Illinois, the State of Georgia, and the United States District Courts for the Northern District of Illinois, Central District of Illinois, Eastern District of Wisconsin, Western District of Wisconsin, Northern District of Georgia, Middle District of Georgia, Eastern District of Michigan, Western District of Michigan, Southern District of Texas, Eastern District of Texas, the District of Colorado, and the Seventh Circuit Court of Appeals.

3. I have been licensed to practice law since November of 2004.

4. I am counsel of record for Defendant John Doe 1 in the above matter.

5. The statements made herein are based on my personal knowledge.

6. There are eight short films included on Exhibit A to Plaintiff's Complaint. (Dkt. #4)

7. Three of those short films were produced by Dirtbag Films. (Ex. A-C)

8. Those are the only credits on Schneider's IMDb page. (Ex. D)

9. Schneider was a member of Dirtbag Films. (Ex. E)

10. An Instagram account tagged in the Dirtbag Films Instagram account appears to be the real Matthew Schneider's private Instagram account. (Ex. F)

11. The profile photo in the Matthew Schneider private Instagram account matches the profile photo of a Matthew Schneider on LinkedIn. That Matthew Schneider apparently attended the University of Waterloo, as referenced in the farewell Instagram post from Dirtbag Films. (Ex. G)

12. I personally collected the images attached as Exhibits A-G to this Declaration using a program called Fireshot Pro. Fireshot Pro allows the user to capture entire web pages and create a PDF file with clickable links to the original content.

I declare under penalty of perjury pursuant to 28 US § 1746 and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed August 11, 2026 in the State of Wisconsin.

/s/ Erin K. Russell

Erin K. Russell

Ex. A

IMDb Menu All Search IMDb IMDbPro Watchlist Erin EN




Sponsored

Cast & crew · IMDbPro · All topics

# Do Us Part

2017 · 18m

YOUR RATING
Rate

Short

After a near death experience, a photographer falls in love with the personification of Death, going to increasing lengths to see it again.

**Director** Solmund MacPherson

**Writer** Solmund MacPherson

**Stars** Dennis Scullard · Katherine Walker-Jones · Eric Rae

IMDbPro See production info at IMDbPro

Add to Watchlist

Mark as watched

prime video Enjoy unlimited streaming on Prime Video Start your 30-day free trial today
Sponsored




Sponsored

## Photos

Add photo




Sponsored

## More to explore




Child Stars, Then and Now

See the gallery

## Top Cast 9

Edit

**Dennis Scullard**
Issac

**Katherine Walker-Jones**
Ruth

**Eric Rae**
Death

**Matt Schneider**
Mark Rondeau

**John Harvie**
The Choking Man

**Peggy Harvie**
The Waitress



**Katerina Dawson**
The Doctor

**Carol Schneider**
The Paitient

**Birnie McIntosh**
The Father




Sponsored

**Director** Solmund MacPherson

**Writer** Solmund MacPherson

**All cast & crew**

**Production, box office & more at IMDbPro**




Every Spider-Man Movie Ranked by IMDb Rating

See the list

## User reviews

Be the first to review

## More like this




5.5

Touch Me Not

Watchlist




Sponsored




The Biggest News From San Diego Comic-Con 2026

Get the news

## Related interests



Short

## Storyline

Edit

After a near death experience, a photographer falls in love with the personification of Death, going to increasing lengths to see it again.

Plot summary · Add synopsis

**Genre** Short

**Parents guide** Add content advisory

## Details

Edit

**Release date** June 6, 2017 (Canada)

**Country of origin** Canada

**Language** English

**Filming locations** Winnipeg, Manitoba, Canada

**Production company** Dirtbag Films

**See more company credits at IMDbPro**

## Tech specs

Edit

**Runtime** 18m

**Color** Color

## Contribute to this page

Suggest an edit or add missing content

**Learn more about contributing**

Edit page

## Recently viewed

Clear all

Do Us Part

Carol Schneider

Erin Russell



Sponsored

Follow IMDb on social

Get the IMDb app
For Android and iOS

Help Site Index IMDbPro Box Office Mojo License IMDb Data

Press Room Advertising Jobs Conditions of Use Privacy Policy Your Ads Privacy Choices

an amazon company

© 1990-2026 by IMDb.com, Inc.

Expand


Sponsored



Do Us Part

# Full cast & crew

Jump to — Edit

IMDbPro See agents for this cast & crew on IMDbPro

## Director — Edit

Solmund MacPherson

## Writer — Edit

(in alphabetical order)

Solmund MacPherson

## Producer — Edit

| | |
|---|---|
| Matt Schneider | producer |

## Cast — Edit

(in credits order)

| | |
|---|---|
| Dennis Scullard | Issac |
| Katherine Walker-Jones | Ruth |
| Eric Rae | Death |
| Matt Schneider | Mark Rondeau |
| John Harvie | The Choking Man |
| Peggy Harvie | The Waitress |
| Katerina Dawson | The Doctor |
| Carol Schneider | The Paitient |
| Birnie McIntosh | The Father |

## Cinematographer — Edit

Solmund MacPherson

## Editor — Edit

Ryan Steel

## Makeup Department — Edit

| | |
|---|---|
| Kingsley Meszaros | special makeup effects artist |

## Sound Department — Edit

| | |
|---|---|
| Liam Berry | composer |
| Allegra Chiarella | sound recordist |

## Contribute to this page >

Suggest an edit or add missing content

Learn more about contributing >



Sponsored

## More to explore




Child Stars, Then and Now

See the gallery



Sponsored




Every Spider-Man Movie Ranked by IMDb Rating

See the list




The Biggest News From San Diego Comic-Con 2026

Get the news

Edit page

## More from this title

Release dates · External sites · Company credits · Filming & production · Tech specs

## Recently viewed

Clear all

Do Us Part




Orlando Gloom - Alwa...

Matt Schneider

Carol Schneider

Erin Russell




Sponsored

Follow IMDb on social

Get the IMDb app
For Android and iOS

Help · Site Index · IMDbPro · Box Office Mojo · License IMDb Data

Press Room · Advertising · Jobs · Conditions of Use · Privacy Policy · Your Ads Privacy Choices

an amazon company

© 1990-2026 by IMDb.com, Inc.

IMDbPro
Search and Discover
Customize your search
Notifications Help You
Home People Titles Companies Box Office News Learn

# Do Us Part (2017)

Short | 18 min | Short

Edit page | Add to list | Track

Add primary image

After a near death experience, a photographer falls in love with the personification of Death, going to increasing lengths to see it again.

| | |
|---|---|
| Director | Solmund MacPherson |
| Writer | Solmund MacPherson |
| Producer | Matt Schneider (producer) |
| Cinematographer | Solmund MacPherson |
| Editor | Ryan Steel |

Find more **shorts from Canada** with Discover Titles.

**Trending**

MOVIEmeter
1,402,465

**Status**

Released Edit
Updated Jun 6, 2017

Release date
Jun 6, 2017 (Canada)

## Contacts

+ Add

**Production Company**

Dirtbag Films

See all company credits (1)

Cast | Filmmakers | Images | Videos | Details | Box Office | Companies | News

## Cast

+ Add Cast

9 cast members

| Name | STARmeter | Known for |
|---|---|---|
| Dennis Scullard<br>Issac | 403,244 | Fractured (I) (2019) |
| Katherine Walker-Jones<br>Ruth | 3,497,331 | Channel Zero (2016) |
| Eric Rae<br>Death | 10,537,917 | First Session (2020) |
| Matt Schneider<br>Mark Rondeau | 1,080,205 | Split: A Film Anthology (2017) |
| John Harvie<br>The Choking Man | 10,864,933 | Do Us Part (2017) |
| Peggy Harvie<br>The Waitress | 6,823,614 | Split: A Film Anthology (2017) |
|  Katerina Dawson<br>The Doctor | 3,049,264 | Harbinger (I) (2017) |
| Carol Schneider<br>The Paitient | 10,737,316 | Do Us Part (2017) |
| Birnie McIntosh<br>The Father | 3,000,397 | Scab (2017) |

## MOVIEmeter

1,402,465 Up 951,877 this week

3 months | 6 months | 1 year | 3 years | 5 years | All




This month
Down 175,812

Last 12 months
Up 781,054

Scale: Logarithmic

## Ratings Breakdown

Needs 5 ratings

Rate

*This title requires at least 5 ratings to display the overall user rating and breakdown chart*

1 external link (official websites, website)

IMDbPro
IMDbPro is a proud sponsor of ReFrame

MAIN MENU
Home
My Page
View Mobile Site
People
Titles
Companies
News

YOUR TOOLS
Pages You Track
Your Lists

YOUR ACCOUNT
Account Settings
Cancel

IMDbPro
Copyright 2026
Subscriber Agreement
Your Ads Privacy Choices
Privacy Policy
Contact Us
Help

Ex. B

IMDbPro Search and Discover Customize your search Notifications Help You

Home People Titles Companies Box Office News Learn

Add primary image

# Split: A Film Anthology (2017–2017)

Edit page Add to list Track

TV Series | 7 min | Short

SPLIT is a film anthology that explores the end of various kinds of relationships, from near strangers to lifelong friends.

Seasons: 1 See all

Directors: Vincent Allen | Riva Billows | Cassidy Mann | Ryan Steel | Allegra Chiarella

Writer: Solmund MacPherson (written by)

Producers: Solmund MacPherson (producer) | Matt Schneider (producer)

Composer: Jesse Lawrence

Cinematographers: Jesse de Rocquigny (director of photography) | Adam Kelly (director of photography) | Solmund MacPherson (director of photography) | Cody Zaporzan (director of photography)

Editors: Ben Boxall (edited by) | Brent Kroeker (edited by) | Miranda Moroz (edited by)

Find more **TV series from Canada** with Discover Titles.

**Trending**

MOVIEmeter
213,268

**Status**

Released Edit
Updated Feb 14, 2017

Release date (First episode)
2017 (Canada)

## Contacts

+ Add

**Production Company**

Dirtbag Films

See all company credits (1)

Cast Filmmakers Images Videos Details Episodes Companies News

## Filmmakers

+ Add Filmmakers | Filter by profession

16 filmmakers

| Directors (5) | Episodes | Years | Known for |
|---|---|---|---|
| Vincent Allen<br>Director | 1 | 2017 | Split: A Film Anthology (2017) |
| Riva Billows<br>Director | 1 | 2017 | Rose in bloom (2014) |
| Cassidy Mann<br>Director | 1 | 2017 | The Debut (II) (2017) |
| Ryan Steel<br>Director | 1 | 2017 | You Stole My Heart (2020) |
| Allegra Chiarella<br>Director | | | The Debut (II) (2017) |
| **Writer (1)** | **Episodes** | **Years** | **Known for** |
| Solmund MacPherson<br>Written By | 4 | 2017 | Wildmen of the Greater Toronto Area (2023) |
| **Producers (6)** | **Episodes** | **Years** | **Known for** |
| Peggy Harvie<br>Associate Producer | 4 | 2017 | Do Us Part (2017) |
| Solmund MacPherson<br>Executive Producer, Producer | 4 | 2017 | Wildmen of the Greater Toronto Area (2023) |
| Matt Schneider<br>Line Producer, Producer | 4 | 2017 | Orlando Gloom - Always the Same (2017) |
| Ben Boxall<br>Associate Producer | 1 | 2017 | The Ice Road (2021) |
| Joshua Hood<br>Associate Producer | 1 | 2017 | Millworth (2015) |
| Miranda Moroz<br>Associate Producer | 1 | 2017 | Almost Unsolved (2023) |
| **Composer (1)** | **Episodes** | **Years** | **Known for** |
| Jesse Lawrence<br>Composer | 4 | 2017 | Split: A Film Anthology (2017) |
| **Cinematographers (4)** | **Episodes** | **Years** | **Known for** |
| Jesse de Rocquigny<br>Director Of Photography | 1 | 2017 | The Other Side (I) (2019) |
| Adam Kelly<br>Director Of Photography | 1 | 2017 | Split: A Film Anthology (2017) |
| Solmund MacPherson<br>Director Of Photography | 1 | 2017 | Wildmen of the Greater Toronto Area (2023) |
| Cody Zaporzan<br>Director Of Photography | 1 | 2017 | Meghan's Menu (2015) |
| **Editors (3)** | **Episodes** | **Years** | **Known for** |
| Ben Boxall<br>Edited By | 1 | 2017 | The Ice Road (2021) |

| | | | |
|---|---|---|---|
| Brent Kroeker<br>Edited By | 1 | 2017 | King of Killers (2023) |
| Miranda Moroz<br>Edited By | 1 | 2017 | Almost Unsolved (2023) |

## MOVIEmeter

213,268 ⬆ Up 777,672 this week

1-week high: 566,633
Nov 16, 2025 - Nov 23, 2025

3 months | 6 months | 1 year | 3 years | 5 years | All




This month
⬆ Up 1,203,281

Last 12 months
⬆ Up 707,979

Scale: Logarithmic

## Ratings Breakdown

★ Needs 5 ratings

Rate

*This title requires at least 5 ratings to display the overall user rating and breakdown chart*

2 external links (official website, website)

IMDbPro
IMDbPro is a proud sponsor of ReFrame

MAIN MENU
Home
My Page
View Mobile Site
People
Titles
Companies
News

YOUR TOOLS
Pages You Track
Your Lists

YOUR ACCOUNT
Account Settings
Cancel

IMDbPro
Copyright 2026
Subscriber Agreement
Your Ads Privacy Choices
Privacy Policy
Contact Us
Help

Ex. C

IMDbPro | Search and Discover | Customize your search | Notifications | Help | You

Home | People | Titles | Companies | Box Office | News | Learn




# Orlando Gloom - Always the Same (2017)

Edit page | Add to list | Track

Short | 4 min | Short, Music

Director: Solmund MacPherson

Producers: Ben Boxall (producer) | Solmund MacPherson (producer) | Matt Schneider (producer)

Cinematographer: Jesse de Rocquigny

Find more **shorts from Canada** with Discover Titles.

**Trending**

MOVIEmeter
1,099,267

**Status**

Released — Edit
Updated Sep 20, 2017

Release date
Sep 20, 2017 (Canada)

## Contacts

+ Add

**Production Company**

Dirtbag Films

See all company credits (1)

Cast | **Filmmakers** | Images | Videos | Details | Box Office | Companies | News

## Filmmakers

+ Add Filmmakers | Filter by profession

5 filmmakers

| Director (1) | Known for |
|---|---|
| Solmund MacPherson<br>Director | Wildmen of the Greater Toronto Area (2023) |
| **Producers (3)** | **Known for** |
| Ben Boxall<br>Producer | The Ice Road (2021) |
| Solmund MacPherson<br>Producer | Wildmen of the Greater Toronto Area (2023) |
| Matt Schneider<br>Producer | Split: A Film Anthology (2017) |
| **Cinematographer (1)** | **Known for** |
| Jesse de Rocquigny<br>Cinematographer | The Other Side (I) (2019) |
| **Special Effects (1)** | **Known for** |
| Dylan Bodner<br>Pyrotechnic Effects | Tales from the Loop (2020) |

## MOVIEmeter

1,099,267 — Up 711,159 this week

3 months | 6 months | 1 year | 3 years | 5 years | All




This month — Up 1,688,236

Last 12 months — Up 1,333,993

Scale: Logarithmic

## Ratings Breakdown

Needs 5 ratings — Rate

*This title requires at least 5 ratings to display the overall user rating and breakdown chart*

2 external links (official website, website)

IMDbPro
IMDbPro is a proud sponsor of ReFrame

MAIN MENU: Home | My Page | View Mobile Site | People | Titles | Companies | News

YOUR TOOLS: Pages You Track | Your Lists

YOUR ACCOUNT: Account Settings | Cancel

IMDbPro: Copyright 2026 | Subscriber Agreement | Your Ads Privacy Choices | Privacy Policy | Contact Us | Help

Ex. D

IMDbPro | Search and discover | Customize your search | You

Home | People | Titles | Companies | Box Office | News | Learn

# Matt Schneider (XIII)

Producer · Actor

Track | Add to list | Share | View on IMDb | Edit page

Add your notes

STARmeter 1.1M

Discover more people
Producer

OVERVIEW | CREDITS | CONTACTS | CLIENTS | ABOUT | IMAGES | VIDEOS | CONNECTIONS | NEWS

## Known for

**Split: A Film Anthology**
TV Series
Producer
2017 • 4 eps




**Orlando Gloom - Always the Same**
Short
Producer
2017

**Do Us Part**
Short
Producer
2017

## All Credits 3

**By status** Previous 3

**By profession** Producer 3 · Actor 1

**By type** Movie 2 · TV 1

## STARmeter

1,080,205

| 5.8M | 5.9M | 6.6M |
|---|---|---|
| 1 week | 1 month | 12 months |

1 year | Logarithmic




## Contacts

Edit

It looks like we don't have any representation details for this person yet.

Add representation

## Frequently credited with

Solmund MacPherson
Director · Writer · Art Department



Birnie McIntosh
Actor

Ben Boxall
Art Department · Location Management · Additional Crew

Jesse de Rocquigny
Camera and Electrical Department · Cinematographer · Additional Crew

IMDbPro

IMDbPro is a proud sponsor of ReFrame

MAIN MENU
Home
Your page
News
People
Titles
Companies

YOUR TOOLS
Pages you track
Your lists

YOUR ACCOUNT
Account settings
Cancel
Language

IMDbPro
Copyright 2026
Your ads privacy choices
Contact us
Help

Page 1
Instagram
https://www.instagram.com/p/Ba73vyVBXfM/?img_index=1

Ex. E



dirtbag.films • Follow

dirtbag.films We've been feeling pretty bittersweet at Dirtbag Films lately and thought we'd share an update. The good news: Always the Same, a music video Solmund directed for Orlando Gloom, took home Best Music Video from the UWpg Film Fest, where Encore, which Allegra produced for @cassidymann also screened.
It's also been a time of change, however: we're saying farewell to Matt Schneider as he steps back from producing to study and pursue work in the environmental sector. All the best - we'll sure miss working with you, buddy.

456w

81 likes
October 31, 2017

Add a comment... Post

Page 1
Instagram
https://www.instagram.com/p/BVbBlvSFtZR/?img_index=1




dirtbag.films • Follow
Cinémathèque

dirtbag.films A couple of photos from the Q and A after our screening of "The Idol"! Thanks again to everyone who came out and made the night such a success! We appreciate it enormously. Just a reminder that we also released our short "Ivory Tower" the same night! You can find the link to that in our bio.

Photo creds to the wonderful @drucxf

477w

lukas_silva.a dirtbag.films - The, Receba 30 likes de graça em www.igseguidores .com (19/06 08:09) #aftHW6QMZd
477w Reply See translation

___j_ackman ^^^^
477w 1 like Reply

drupote very proud of you pals
477w 2 likes Reply

92 likes
June 16, 2017

Add a comment... Post

Captured by FireShot Pro: 10 August 2026, 22:23:25
https://getfireshot.com

Ex. F





## _matt_schneider ···

Matt Schneider he/him

**4** posts **403** followers **282** following

Lacking object permanence

Follow

**This profile is private**

Follow to see their photos and videos.

**Suggested for you** See all



**adriano.leotta**
Adriano Leotta
Follow



**nettiewallace**
Nettie
Follow

**3dbuttermilk**
Christina Dovolis
Follow



**girlboygunclub**
Milo
Follow

Meta About Blog Jobs Help API Privacy Consumer Health Privacy Terms Locations Popular Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified

English © 2026 Instagram from Meta

Messages

Ex. G



## Matthew Schneider He/Him · 3rd

University of Waterloo

Environment Studies at the University of Waterloo
Waterloo, Ontario, Canada · Contact info
279 connections

Message | + Follow | ···

## Activity

+ Follow

280 followers

**Matthew has no recent posts**

Recent posts Matthew shares will be displayed here.

Show all →

## Experience

**Analyst**
Delphi · Internship
May 2023 - Aug 2023 · 4 mos
Toronto, Ontario, Canada

- Delivered comprehensive research and analysis to support client projects.
- Undertook consultation activities, including interviews, meetings, and survey development.... more

**Environmental Analyst**
Niche Technology Inc.
May 2022 - Aug 2022 · 4 mos
Winnipeg, Manitoba, Canada

- Analyzed Niche Technology's operations and environmental practices to develop strategies to reduce their environmental impact.... more

**Community Engagement**
Reep Green Solutions
Sep 2020 - Dec 2020 · 4 mos
Kitchener, Ontario, Canada

- Developed and executed an engagement strategy to promote the City of Waterloo's sustainability ... more

**Innovation Officer (Co-op)**
Environment and Climate Change Canada
Jan 2020 - May 2020 · 5 mos
Gatineau, Quebec, Canada

- Conducted analysis of public sector innovations and wrote succinct reports for senior management
- Liaised with partners on priority files and projects pertinent to Environment and Climate Change... more

**External Director**
Sustainable Campus Initiative
Jan 2019 - May 2019 · 5 mos
Waterloo, Canada area

- Worked as the External Director of SCI, the University of Waterloo's largest campus environmental ... more

Show all →

## Education

**University of Waterloo**
Bachelor's degree, Environment and Business
2018 – 2023

**University of Manitoba**
Bachelor of Commerce - BCom, Marketing
2017 – 2018

Ad ···
Erin, reactivate your Premium free trial today!
Premium
See who's viewed your profile in the last 365 days
Retry for $0

## More profiles for you

**John McCabe** · 3rd+
Resource Management Officer, Nova Scotia Dept of Agriculture
Connect

**David Pipher** · 3rd+
Senior Manager at the Ontario Treasury Board Secretariat
Message

**Mika Burns** · 3rd
Gender-Based and Sexual Violence Education and Prevention Specialist
Message

**Veralyn Bramble, MBA** · 3rd
Strategic and experienced leader with a keen interest in: Program & ...
Message

**Matt Schneider, PhD** · 3rd
Web Content Developer at University of Alberta
Message

Show all →

## Explore Premium profiles

**Erin Cleary Herbst** · 3rd
Director, Kegler Brown Hill + Ritter
Message

**Maggie Sumrall Dixon** · 3rd
Founder & Attorney at Law | Specializing in Criminal Defense an...
Message

**Lindsay Clemons** · 3rd
Attorney at Lindsay Clemons & Associates, LLC
Message

**Tonia Sellers** · 2nd
Managing Partner of Weissman PC
Connect

## People you may know

**Joseph Wieseman** · 2nd
Partner at Hawkins Parnell & Young, LLP
Connect

Show all →

## You might like

Pages for you

**Artisan Talent**
Staffing and Recruiting
123,271 followers
Sami & 5 other connections follow this page
+ Follow

## Volunteering

**Community Organizer**
Various
Sep 2017 - Jul 2018 · 11 mos
Environment

• Have done significant community organizing work with the Manitoba Energy Justice Coalition and associated initiatives... more

## Interests

Companies | Groups | Newsletters | Schools

**University of Waterloo Environment Student Society**
122 followers
+ Follow

**VIRIDI GLOBAL - ESG I Climate Change I Sustainability**
796 followers
+ Follow

**Florida RIMS Educational Conference**
Insurance
561 followers
+ Follow

Show all →




About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center
Accessibility
Careers
Ad Choices
Mobile
Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.
Manage your account and privacy
Go to your Settings.
Recommendation transparency
Learn more about Recommended Content.

Select language
English (English)

LinkedIn Corporation © 2026