IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:25-cv-15278 |
| | ) | |
| DOES 1-10, | ) | Hon. Andrea R. Wood |
| | ) | |
| Defendants. | ) | |

<u>DECLARATION OF MATTHEW A. SCHNEIDER</u>

I, Matthew A. Schneider, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Matthew A. Schneider. I am over the age of 18, of sound mind, have never been convicted of a felony or a crime of moral turpitude, and am capable of making this Declaration.

2. I make this declaration based on my own personal knowledge. If called to testify as a witness to these matters, I could do so competently.

3. I am a Canadian citizen and live in Ottawa, Ontario, Canada.

4. From 2015 through 2017, I worked with my high school friends to create short films. We titled our filmmaking group "Dirtbag Films." We created the short films: "Do Us Part," "Split: A Film Anthology," and "Orlando Gloom – Always the Same" from 2016 to 2017.

5. This IMDb webpage, titled "Matt Schneider – IMDb", contains an accurate listing of the above 3 films that I worked on. *See* https://www.imdb.com/name/nm9049812/.

6. On August 11, 2026, Haley K. Finch, attorney of record for Doe #10, contacted me via telephone regarding this case, *Matthew Scheneider v. DOES 1-10, d/b/a passthepopcorn.me, broadcasthe.net, karagarga.in, hdbits.org, beyond-hd.me and bibliotic.me.*, Case No. 25-cv-15278 in the Northen District of Illinois. She asked whether I am the named Plaintiff in this Case and person who has been attending the Court's hearings. I informed her that I am not the person who filed this lawsuit and is purporting to be Matthew Schneider.

7. I am not the Plaintiff "Matthew Schneider" alleging copyright infringement in this case. I do not have a Sanborn, New York, U.S.A. address. I am not a United Kingdom resident, nor do I have an address there.

8. I am not involved in, nor have I ever appeared in, this case. Furthermore, I do not know and am not associated with the person purporting to be "Matthew Schneider" in this case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed August 17, 2026 in Ottawa, Ontario, Canada.

*/s/ Matthew A. Schneider*
Matthew A. Schneider