BC

FILED
8/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EK

| | | |
|---|---|---|
| MATTHEW SCHNEIDER | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiff, | : | |
| | : | 1:25-cv-15278 |
| v. | : | |
| | : | |
| DOES 1-10 | : | |
| d/b/a passthepopcorn.me | : | |
| Broadcastthe.net, karagarga.in, | : | |
| Hdbits.org, beyond-hd-me, | : | |
| Biliotik.me | : | |
| | : | |
| Defendants. | : | AUGUST 24, 2026 |

**MOTION FOR SHOW CAUSE**

The undersigned defendant DOE #7 hereby adopts and joins the defendants' DOE # 1 and DOE # 10's motion for rule to show cause filed on Friday, August 21, 2026. Docket Entry 53. DOE # 7 also requests the same relief sought by the codefendants, including reasonable costs for writing motions and time attending multiple hearings in this fraudulent and abusive lawsuit filed by the plaintiff.

Dated: August 24, 2026

Respectfully Submitted
The Movant,

/s/ DOE # 7