# Exhibit 1: Identification and Metadata for Representative Works Claimed by Plaintiff

## *Split: A Film Anthology*

**Title:** *Split: A Film Anthology*
**Type:** Short audiovisual film
**Creator:** Matthew Schneider

**Country of Creation:** United Kingdom
**Year Created:** 2011
**Completion Date:** March 14, 2011
**Original File:** Split_A_Film_Anthology_Final.mp4
**File Format:** MP4
**Dimensions / Frame Rate:** 1920×1080 / 23.976 fps
**File Size:** 98 MB

**Work Description:**
An original on the lives we don't live — the self that stayed on the bus, the self that got off, and the fact that neither one ever finds out about the other.

---

## *Do Us Part*

**Title:** *Do Us Part*
**Type:** Short audiovisual film
**Creator:** Matthew Schneider

**Country of Creation:** United Kingdom
**Year Created:** 2012
**Completion Date:** June 7, 2012
**Original File:** Do_Us_Part.mp4
**File Format:** MP4
**Dimensions / Frame Rate:** 1920×1080 / 23.976 fps
**File Size:** 63 MB

**Work Description:**
An original about a long marriage, in which the wedding vow turns out to be not a sentence spoken once but a task performed daily for decades.

---

## *Orlando Gloom – Always the Same*

**Title:** *Orlando Gloom – Always the Same*
**Type:** Short audiovisual film
**Creator:** Matthew Schneider

**Country of Creation:** United Kingdom
**Year Created:** 2012
**Completion Date:** October 14, 2012
**Original File:** Always_The_Same.mp4
**File Format:** MP4
**Dimensions / Frame Rate:** 1920×1080 / 23.976 fps
**File Size:** 76 MB

**Work Description:**
An original about the pleasant, unbearable sameness of an ordinary life — and the suspicion that the speaker wouldn't actually trade it.