**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW SCHNEIDER, | § | Case No. 1:25-cv-15278 |
| | § | Hon. Andrea R. Wood |
| Plaintiff, | § | |
| DOES 1-10<br>d/b/a passthepopcorn.me,<br>broadcasthe.net, karagarga.in,<br>hdbits.org, beyond-hd.me,<br>bibliotik.me, | § | |
| Defendants. | § | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Matthew Schneider, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and because no Defendant has served an answer or a motion for summary judgment in this action, hereby dismisses all causes of action in the Complaint (Dkt. 8) as to Defendants DOES 1–10, without prejudice.

Dated: September 8, 2026

Respectfully submitted,

/s/ Matthew Schneider
Matthew Schneider, Pro Se
STE E-6420 Inducon Drive W
Sanborn, NY 14132
Tel: (716) 739-6298
matthew.schneider94@gmail.com