IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:25-cv-15278 |
| | ) | |
| DOES 1-10, | ) | Hon. Andrea R. Wood |
| | ) | |
| Defendants. | ) | |

MOTION TO CONVERT IN-PERSON HEARING TO TELEPHONIC OR VIDEOCONFERENCE

COMES NOW Defendant John Doe 1, by and through counsel, and respectfully requests that the Court convert the in-person hearing currently scheduled for Thursday, September 10, 2026 at 1:30pm to a telephonic or videoconference hearing, showing the Court as follows:

1. This matter is currently set for an in-person hearing on September 10, 2026 at 1:30pm. [Dkt. #51]
2. On September 8, 2026, Plaintiff filed a voluntary dismissal of this action. [Dkt. #59]
3. Counsel for each of the above-referenced Doe Defendants reside outside of Illinois and would need to travel to an in-person hearing.
4. Defendants 1, 7, and 10 have the right to seek sanctions and an award of attorney's fees against Plaintiff.
5. Counsel for Defendant John Doe 1 has consulted with counsel for Defendants John Doe 7 and 10, each of whom has no objection to converting the hearing to either a telephonic or videoconference proceeding.
6. The Court has jurisdiction over collateral matters, including sanctions and attorneys' fees, despite the filing of a voluntary dismissal without prejudice.

WHEREFORE, Defendant John Doe 1 respectfully requests that the Court enter an Order converting the in-person hearing currently set for September 10, 2026 at 1:30pm to either a telephonic or videoconference proceeding.

Dated: September 8, 2026.

By: /s/ *Erin K. Russell*
Erin K. Russell
The Russell Firm, LLC
10 S. Riverside Plaza, Suite 875
Chicago, IL 60606
T: 312-994-2424
erin@russellfirmip.com
Counsel for Defendant John Doe 1

CERTIFICATE OF SERVICE

This is to certify that on September 8, 2026, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell