**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Schneider
Plaintiff,
v.
Does 1−10, et al.
Defendant.

Case No.: 1:25−cv−15278
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges Plaintiff's notice of voluntary dismissal [59]. The parties are advised that while Plaintiff may no longer wish to pursue this case, the notice of voluntary dismissal does not divest the Court of jurisdiction to address the pending motion for a rule to show cause. See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 395 (1990) ("In our view, nothing in the language of Rule 41(a)(1)(i), Rule 11, or other statute or Federal Rule terminates a district court's authority to impose sanctions after such a dismissal."). Accordingly, the Court will proceed with tomorrow's hearing. That said, given the changed circumstances, Defendant's motion to convert in−person hearing to telephonic or videoconference [60] is granted. The in−court status hearing set for 9/10/2026 at 1:30 PM is converted to a telephonic hearing. All parties, including Plaintiff Matthew Schneider, are directed to appear by telephone. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.