**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Schneider
Plaintiff,
v.
Does 1−10, et al.
Defendant.

Case No.: 1:25−cv−15278
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/10/2026. Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [59]. Accordingly, Plaintiff's claims against all Defendants in this case are dismissed without prejudice. This case will be administratively terminated as an open case on the Court's docket but remain pending for purposes of resolving the outstanding requests for sanctions and attorney's fees. See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 395 (1990) ("In our view, nothing in the language of Rule 41(a)(1)(i), Rule 11, or other statute or Federal Rule terminates a district court's authority to impose sanctions after such a dismissal."). As discussed on the record, Plaintiff is directed to submit the short form audiovisual film Do Us Part through the Court's digital media submissions portal, https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions, by 9/15/2026. Status hearing set for 10/2/2026 at 9:00 AM. The hearing will proceed by video conference. To ensure public access to court proceedings, members of the public and media may call in to listen to remote hearings. The call−in number is (650) 479−3207 and the meeting ID is 1808131170#. Counsel of record will receive an email prior to the start of the hearing with instructions to join the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.