AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:25-cv-15278 | DATE FILED<br>12/16/2025 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Matthew Schneider | Does 1-10 et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order ☐ Judgment | ☐ Yes ☐ No | 9/10/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Scales | 9/16/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
12/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Matthew Schneider | ) | |
| | ) | **Case Number**: 25-cv-15278 |
| Plaintiff | ) | |
| | ) | **Judge:** Judge Andrea R. Wood |
| v. | ) | |
| DOES 1–10 d/b/a passthepopcorn.me, broadcasthe.net, karagarga.in, hdbits.org, | ) | **Magistrate Judge:** Magistrate Judge Laura K. McNally |
| Defendant | ) | Random Cat 3 |

Exhibit A to Complaint
Exhibit B to Complaint

# Exhibit A: Representative List of Plaintiff's Copyrighted Works

| No. | Title of Work | Type of Work |
|---|---|---|
| 1 | Somewhere That Feels Repeated | Short Film |
| 2 | A Love with No Witnesses | Short Film |
| 3 | Split: A Film Anthology | Short Film |
| 4 | A Small Story About Absence | Short Film |
| 5 | Do Us Part | Short Film |
| 6 | Fragments We Forgot to Name | Short Film |
| 7 | Before the Vows Unlearned Us | Short Film |
| 8 | Orlando Gloom - Always the Same | Short Film |
| 9 | How the Days Learned My Name | Literary Work |
| 10 | What Repeats When Nothing Happens | Literary Work |

# Exhibit B: Defendants' Paid Membership Tiers, Premium Features, and Payment Methods







Ratio Boost Bonanza
$90 One-Time
500GB Upload Credit- Instant Ratio Boost
12-Month VIP Status- Premium Features
12 Months Free IPTV Access- Premium Entertainment
Immunity to Hit and Runs - Download Worry-Free
Exclusive Donor Star - Show Your Support
Crypto Payment
Donate with Crypto
Multiple Payment Methods
mastercard
VISA
Pay
GPay
ULTIMATE FL FIESTA
$180 Best Value
12-Month Freeleech Status- Download Without Limits
12 Months Free IPTV Access- Premium Entertainment
Downloads Are Not Counted - True Freedom
Uploads Contribute to Ratio Values - Build Credit Faster
Exclusive Donor Star - Elite Status
Crypto Payment
Donate with Crypto
Multiple Payment Methods
mastercard
VISA
Pay
GPay

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Schneider

Plaintiff,

v.

Case No.: 1:25−cv−15278
Honorable Andrea R. Wood

Does 1−10, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/10/2026. Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [59]. Accordingly, Plaintiff's claims against all Defendants in this case are dismissed without prejudice. This case will be administratively terminated as an open case on the Court's docket but remain pending for purposes of resolving the outstanding requests for sanctions and attorney's fees. See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 395 (1990) ("In our view, nothing in the language of Rule 41(a)(1)(i), Rule 11, or other statute or Federal Rule terminates a district court's authority to impose sanctions after such a dismissal."). As discussed on the record, Plaintiff is directed to submit the short form audiovisual film Do Us Part through the Court's digital media submissions portal, https://www.ilnd.uscourts.gov/LandingPage.php?page=digital_media_submissions, by 9/15/2026. Status hearing set for 10/2/2026 at 9:00 AM. The hearing will proceed by video conference. To ensure public access to court proceedings, members of the public and media may call in to listen to remote hearings. The call−in number is (650) 479−3207 and the meeting ID is 1808131170#. Counsel of record will receive an email prior to the start of the hearing with instructions to join the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 16, 2026

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of th
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Proc
generated by CM/ECF, the automated docketing system used to mai
criminal dockets of this District. If a minute order or other documen
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.