**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 9/16/2026

Case Number: 1:25-cv-15278

Case Title: Schneider v. Does 1-10

Judge: Andrea R. Wood

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: Matthew Schneider

Exhibit is linked to entry: 62

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ Madison Vesely
Deputy Clerk