**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Schneider

Plaintiff,

v.

Case No.: 1:25−cv−15278
Honorable Andrea R. Wood

Does 1−10, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Status hearing held on 10/2/2026 by video. Plaintiff Schneider appeared by telephone only. Plaintiff advised the Court that he was unable to appear by video due to technical difficulties. As stated on the record, by 10/9/2026, Mr. Schneider shall email the courtroom deputy copies of: (1) his driver's identification card, (2) his passport, and (3) documentation of his application to the U.S. Copyright Office. Once received, the courtroom deputy shall file the documents under seal. The information will be provided to the parties subject to a protective order. By 10/23/2026, the parties shall file their proposed discovery requests and third−party subpoenas for purposes of resolving the pending sanctions motion. The requests shall be redacted as necessary to avoid the public disclosure of personally identifiable information. Any objections to the proposed discovery requests shall be filed by 11/6/2026. Status hearing set for 11/17/2026 at 11:00 AM. The hearing will proceed by video conference. Plaintiff Schneider shall test out his video capabilities prior to the hearing with the courtroom deputy or the court's technology specialist. To ensure public access to court proceedings, members of the public and media may call in to listen to remote hearings. The call−in number is (650) 479−3207 and the meeting ID is 1808131170#. Counsel of record will receive an email prior to the start of the hearing with instructions to join the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.