**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Schneider
Plaintiff,
v.
Does 1−10, et al.
Defendant.

Case No.: 1:25−cv−15278
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Video status hearing held on 11/17/2026. Plaintiff failed to appear. By 11/20/2026, Counsel for Defendants John Doe 1 and John 10 are to file confirmation of their client's true identity under seal. By 12/1/2026, Defense counsel shall draft a proposed protective order and provide a copy to Plaintiff for his review prior to submitting it to the Court. The parties shall send a Word version of their proposed order to Judge Wood's proposed order email box at Proposed_Order_Wood@ilnd.uscourts.gov. By 12/1/2026 [note date change], plaintiff shall file a written explanation as to why he failed to appear for today's video status hearing. Plaintiff is advised that failure to appear for court−ordered hearings without notice or satisfactory explanation may result in Plaintiff forfeiting his requested discovery. In person hearing set for 12/17/2026 at 1:30 p.m. in Courtroom 2141. Plaintiff may seek leave to appear by video by filing a written motion no later than 12/8/2026. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.